1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  EMMANUEL FLORES,                          No.  2:19-cv-0476 DB P

12                  Petitioner,

13         v.                                 ORDER

14  XAVIER BECERRA,

15                  Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  This

19  court will not rule on petitioner's request to proceed in forma pauperis.

20         Petitioner is presently incarcerated at Ironwood State Prison in Riverside County.  He is

21  serving a sentence for a conviction rendered by the Los Angeles County Superior Court.

22         The general rule with regard to habeas applications is that both the United States District

23  Court in the district where petitioner was convicted and the District Court where petitioner is

24  incarcerated have jurisdiction over the claims.  See Braden v. 30th Judicial Circuit Court, 410

25  U.S. 484 (1973).  In the instant case, both petitioner's conviction and his place of incarceration

26  occurred in an area covered by the District Court for the Central District of California.

27         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

28         1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

                                                 1

2.  This matter is transferred to the United States District Court for the Central District of California.  28 U.S.C. § 2241(d).

Dated:  March 21, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/flor0476.108a