JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EMMANUEL FLORES, | Case No. CV 19-02119-AG (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| XAVIER BECERRA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 31, 2019

_____
ANDREW J. GUILFORD
United States District Judge